**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7130**

───────────────

LEROY RAGIN,

Petitioner - Appellant,

versus

WARDEN, Federal Correctional Institution,
Estill, South Carolina; UNITED STATES OF
AMERICA,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CR-90-25-P, CA-99-367-3-4MU)

───────────────

Submitted: November 30, 2001          Decided: January 11, 2002

───────────────

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Leroy Ragin, Appellant Pro Se.  B. Frederic Williams, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy Ragin appeals the district court's order granting the Government's motion to dismiss his petition filed pursuant to 28 U.S.C. § 2241 (1994) or alternatively, his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant Ragin's motion to file a supplemental brief, we affirm on the reasoning of the district court. See Ragin v. Warden, Federal Corr. Inst., Nos. CR-90-25-P; CA-99-367-3-4MU (W.D.N.C. filed Apr. 30, 2001, entered May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED